# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Dalton Dion Hopkins,

    Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                       3:12cv688 & 3:01cr2

USA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 26, 2012 Order.

                                                  Signed: October 26, 2012

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court