# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Dalton Dion Hopkins,

      Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                                3:12cv688 & 3:01cr2

USA,

      Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 26, 2012 Order.

Signed: October 26, 2012

Frank G. Johns, Clerk
United States District Court